NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS P. FLEMING,               )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-2555
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____  )

Opinion filed January 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Brian A. Iten,
Judge.

PER CURIAM.

         Affirmed.  See State v. Whitehead, 472 So. 2d 730 (Fla. 1985); Robinson

v. State, 37 So. 3d 921 (Fla. 2d DCA 2010); Cook v. State, 816 So. 2d 773 (Fla. 2d

DCA 2002); Diaz v. Jones, 215 So. 3d 121 (Fla. 1st DCA 2017); Coke v. State, 955 So.

2d 1216 (Fla. 4th DCA 2007); Johnson v. State, 917 So. 2d 1011 (Fla. 4th DCA 2006);

LaMar v. State, 823 So. 2d 231 (Fla. 4th DCA 2002).

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.